1  PATRICK D. ROBBINS (CABN 152288)
   Acting United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  BENJAMIN K. KLEINMAN (NYBN 5358189)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340S
6       Oakland, California 94612
        Telephone: (510) 637-3680
7       FAX: (510) 637-3724
        Benjamin.kleinman2@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 4:25-cr-00082-AMO |
| Plaintiff, | UNITED STATES' APPLICATION AND [PROPOSED] ORDER TO UNSEAL INDICTMENT AND ARREST WARRANT |
| v. | |
| ANTOINE TSAO, aka Chung Tien Tsao, IAN SOFRONOV, and NEMANJA POPOV | |
| Defendants. | |

The United States, through undersigned counsel, respectfully moves this Court to unseal the Indictment and arrest warrant in the above-captioned matter. The one of the defendants, Antoine Tsao, has been arrested in the Eastern District of New York, and therefore, it is no longer necessary for the Indictment and arrest warrant to be sealed.

DATED: March 31, 2025

Respectfully submitted,

PATRICK D. ROBBINS
Acting United States Attorney

*/s/ Benjamin K. Kleinman*
BENJAMIN K. KLEINMAN
Assistant United States Attorney

# [PROPOSED] ORDER

On the motion of the United States, and good cause appearing therefor, the Court HEREBY ORDERS that the Indictment and arrest warrant in the above-captioned matter be unsealed.

IT IS SO ORDERED.

DATED: _____

HONORABLE ROBERT M. ILLMAN
United States Magistrate Judge