FILED
Apr 18 2025
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| USA, | |
|---|---|
| Plaintiff. | Case No. 4:25-cr-00082-AMO-1 (DMR) |
| v. | **INITIAL ORDER RE:** |
| ANTOINE TSAO, | **CONTRIBUTION TO COST OF** |
| Defendant. | **COURT-APPOINTED COUNSEL** |

Defendant Antoine Tsao, is a Defendant in this criminal matter. The Court has found Defendant eligible for appointment of counsel under the Criminal Justice Act, 18 U.S.C. Section 3006(A), and has further found that Defendant has sufficient assets and is financially able to make partial payment for the representation.

IT IS HEREBY ORDERED:

Defendant will pay $ 250.00 per month towards the cost of representation beginning May 1, 2025 and the same day each month thereafter without prejudice, until the case is concluded or until further order of Court.

The check should be made payable to "Clerk, United States District Court" and mailed to: United States District Court, Attn: Clerk's Office, 450 Golden Gate Avenue, San Francisco, CA 94102; the above case number should be written on the memo line of the check.

When the case is concluded, the Court will hold a hearing to determine whether defendant will be required to reimburse the Court for additional costs of the court-appointed legal representation herein.

IT IS SO ORDERED.

Dated: April 18, 2025

_____
DONNA M. RYU
United States Magistrate Judge

CJA_Contribution_Order_Cham
rev. June 2018