JODI LINKER
Federal Public Defender
Northern District of California
ELISSE LAROUCHE
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:  (510) 637-3500
Facsimile:   (510) 637-3507
Email:         elisse_larouche@fd.org

Counsel for Defendant Tsao

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 25–82 AMO |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO BRING DEFENDANT BAG AND BAGGAGE TO COURT** |
| v. | |
| ANTOINE TSAO, | Hearing Date: June 2, 2025 |
| Defendant. | Time: 1:00 p.m. |

Defendant Antoine Tsao is set for a change of plea and sentencing hearing on Monday, June 2, 2025, at 1:00 p.m. before the Court. The parties jointly request and stipulate that the Court order that Mr. Tsao be brought to Court bag and baggage for his hearing. In other words, that Mr. Tsao be brought by the Marshals rolled up with all of his belongings. The parties also request that Mr. Tsao be brought in his street clothing, if available. The reason for this request is the parties' anticipated request to the Court for a time-served sentence.

IT IS SO STIPULATED.

Dated:   May 30, 2025

JODI LINKER
Federal Public Defender
Northern District of California

　　　　　　　　/S/
ELISSE LAROUCHE
Assistant Federal Public Defender

Dated:   May 30, 2025

CRAIG H. MISSAKIAN
United States Attorney
Northern District of California

　　　　　　　　/S/
BENJAMIN KLEINMAN
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANTOINE TSAO,<br><br>　　　　Defendant. | Case No.: CR 25–82 AMO<br><br>[PROPOSED] ORDER TO BRING DEFENDANT BAG AND BAGGAGE |

Based on the reasons provided in the stipulation of the parties above, the Court orders that the U.S. Marshals bring defendant Antoine Tsao bag and baggage (rolled up with all of his belongings) to his hearing on June 2, 2025. It is also ordered that he be brought in his street clothes if possible.

　　　　IT IS SO ORDERED.

Dated: 　May 30, 2025　　　　　　　

　　　　　　　　　　　　　　　　　THE HON. ARACELI MARTÍNEZ-OLGUÍN
　　　　　　　　　　　　　　　　　United States District Judge